OPINION — AG — ** LAW ENFORCEMENT RETIREMENT — CENTRAL PURCHASING — INVESTMENTS — STATE AGENCY ** THE OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM BOARD CAN, SUBJECT TO THE PROVISIONS OF THE CENTRAL PURCHASING ACT, 74 O.S. 85.1 [74-85.1] ET SEQ., APPOINT A BANK AS CUSTODIAN OF INVESTMENTS PURCHASED BY IT EVEN IF SUCH BANK DOES 'NOT' MEET THE " IN STATE " REQUIREMENT OF 62 O.S. 71 [62-71] (PUBLIC FINANCE, STATE DEPOSITORY BOARD, SECURITIES, DEPOSITORY, WITHIN THE STATE OF OKLAHOMA, OKLAHOMA BANK, OFFICIAL DEPOSITORY, PROFESSIONAL SERVICES, CONTRACT) CITE: 74 O.S. 71 [74-71], 74 O.S. 74 [74-74], 74 O.S. 85.2 [74-85.2](7), 74 O.S. 85.7 [74-85.7], OPINION NO. 83-198, 47 O.S. 2-311 [47-2-311] (JOHN D. ROTHMAN)